**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larry Palmer on behalf of himself and all others similarly situated, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>American Honda Motor Company, Inc., et al.,<br><br>    Defendants. | No. CV 07-1904-PHX-DGC<br><br>**ORDER** |

Defendant Michelin North America, Inc. has filed a motion to stay this litigation pending a decision by the Judicial Panel on Multidistrict Litigation. Dkt. #24. Defendant American Honda Motor Company, Inc. joins the motion. Dkt. #32. Plaintiffs oppose the motion. Dkt. #29.

The Judicial Panel on Multidistrict Litigation has scheduled oral argument for January 30, 2008. Plaintiffs agree that this and similar actions should be consolidated by the Panel, but argue that the cases should be transferred to the Northern District of Illinois, rather than the District of Maryland as Michelin suggests. Dkt. #29 at 2 n.1. In addition, Plaintiffs have stipulated with Defendants that Plaintiffs need not respond to Defendants' pending motion to dismiss until the stay issue has been resolved. Dkt. #35.

The Court concludes that this matter should be stayed pending a decision on MDL transfer. A stay will conserve judicial resources by avoiding duplicative litigation in the four districts now considering similar actions. A stay will avoid hardship and inequity to the

1  moving party that could arise from inconsistent discovery rulings in the various districts.
2  Because the Panel will hear the motion for transfer at the end of this month, the Court
3  concludes that Plaintiffs will not suffer prejudice as a result of a stay of this action. For these
4  reasons, the Court concludes that a stay is appropriate. *See Rivers v. Walt Disney Co.,* 980
5  F. Supp. 1358, 1360 (C.D. Cal. 1997).

6  **IT IS ORDERED:**

7  1. Defendant Michelin North America, Inc.'s motion to stay proceedings pending
8  a decision by the Judicial Panel on Multidistrict Litigation (Dkt. #24) and American Honda
9  Motor Company, Inc.'s joinder in the motion (Dkt. #32) are **granted**.

10  2. This matter shall be stayed until **April 4, 2008.** The parties shall file a status
11  report on that date concerning the MDL transfer motions.

12  DATED this 3rd day of January, 2008.

David G. Campbell
United States District Judge